So Ordered.

Dated: May 1, 2026



G. Michael Halfenger
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:
ANNETTE POWELL

Case No. 2025-24777-GMH-13

Debtor

Chapter 13

### ORDER DISMISSING CASE

Jennifer K. Marchinowski, Staff Attorney for Rebecca R. Garcia, Chapter 13 Standing

Trustee, filed Evidence of Default on April 20, 2026, indicating that the debtor has failed to

make payments as required under prior Order of the Court;

IT IS HEREBY ORDERED that this case is dismissed effective immediately.

Rebecca R. Garcia
Chapter 13 Standing Trustee
P O Box 3170
Oshkosh, WI 54903-3170
920.231.2150
Fax 920.231.5713
E-mail info@ch13oshkosh.com

####